■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATE ROSE, Appellant. [42 NYS3d 826]—Order, Supreme Court, New York County (Arlene D. Goldberg, J.), entered September 17, 2015, which adjudicated defendant a level two sexually violent sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument or outweighed by the seriousness of the underlying crime and defendant's violent criminal history. Concur—Acosta, J.P., Renwick, Andrias, Saxe and Gische, JJ.